UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raul Aquino : | A HEARING WILL BE HELD ON 10/15/2019 |
| Debtor : | 9:30:00 AM IN COURTROOM #1 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its : | 900 MARKET STREET, |
| successors and assigns : | PHILADELPHIA, PA 19107 |
| Movant, : | |
| v. : | CHAPTER 13 |
| Raul Aquino : | |
| Respondent : | BANKRUPTCY NO. 19-11301 ELF |
| William C. Miller, Trustee : | |
| Additional Respondent : | 11 U.S.C. §362 |

* * * * * * *

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Nationstar Mortgage LLC d/b/a Mr. Cooper, movant herein has filed a Motion for Relief from the Automatic Stay with the court for Relief from the Automatic Stay regarding Property located at 2511 West Allegheny Avenue Philadelphia PA 19132.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 3, 2019 you or your attorney must do ALL of the following.

   (a) File an Answer explaining your position at

UNITED STATES BANKRUPTCY COURT
4TH FLOOR CLERKS OFFICE
900 MARKET STREET
PHILADELPHIA, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) Mail a copy to the movant's attorney:

MARTHA E. VON ROSENSTIEL, P.C.
649 SOUTH AVENUE, UNIT 6
SECANE PA 19018

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the HONORABLE ERIC L. FRANK on October 15, 2019 AT 9:30 AM in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Nix Building, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 9/18/19