45418/19-11301

45418

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: Raul Aquino | : | |
| Debtor(s) | : | Bky No. 19-11301 ELF |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| Movant | : | Chapter 13 |
| Raul Aquino | : | |
| William C. Miller | | |
| Respondents | : | |

## ORDER

**AND NOW this 23rd day of October 2019,** the corresponding stipulation (Doc. #52 ) is **APPROVED.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**