United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11301-elf
Raul Aquino                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: SaraR           Page 1 of 1         Date Rcvd: Oct 25, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
db              +Raul Aquino,    2511 W. Allegheny Avenue,    Philadelphia, PA 19132-1335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2019 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Raul  Aquino brad@sadeklaw.com, bradsadek@gmail.com
        HEATHER STACEY RILOFF    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         heather@mvrlaw.com, Michelle@mvrlaw.com
        HEATHER STACEY RILOFF    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE
         MAE") heather@mvrlaw.com, Michelle@mvrlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        LORRAINE GAZZARA DOYLE    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         Lorraine@mvrlaw.com, Diane@mvrlaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                              TOTAL: 8

45418

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:Raul Aquino | : | |
| Debtor(s) | : | Bky No.  19-11301 ELF |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| Movant | : | Chapter  13 |
| Raul Aquino | : | |
| William C. Miller | : | |
| Respondents | | |

## ORDER

**AND NOW this 23rd day of October 2019,** the corresponding stipulation (Doc. #52 ) is **APPROVED.**

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**