UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: Raul Aquino ) | Case No.: 19-11301-elf |
| ) | |
| ) | CHAPTER 13 |
| Debtor(s). ) | |
| ) | **REQUEST FOR NOTICE** |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**1**
REQUEST FOR NOTICE

1  **PHYSICAL ADDRESS:**                          **EMAIL ADDRESS:**
2  SN Servicing Corporation                       BKNotices@snsc.com
   323 5th Street
3  Eureka, CA 95501
4
5
6  Dated:  January 31, 2020                       By: /s/ Kathy Watson
                                                  Kathy Watson
7                                                 c/o SN Servicing Corporation
                                                  Bankruptcy Asset Manager
8                                                 323 5th Street
                                                  Eureka, CA 95501
9                                                 800-603-0836
10                                                BKNotices@snservicing.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**
REQUEST FOR NOTICE

**CERTIFICATE OF SERVICE**

On January 31, 2020, I served the foregoing documents described as Request for Notice on the following individuals by electronic means through the Court's ECF program:

| | |
|---|---|
| COUNSEL FOR DEBTOR | TRUSTEE |
| BRAD J. SADEK | WILLIAM C. MILLER, Esq. |
| brad@sadeklaw.com | ecfemails@ph13trustee.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi

On January 31, 2020, I served the foregoing documents described as Request for Notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR | U.S. TRUSTEE |
|---|---|
| Raul Aquino | United States Trustee |
| 2511 W. Allegheny Avenue | Office of the U.S. Trustee |
| Philadelphia, PA 19132 | 200 Chestnut Street |
| | Suite 502 |
| | Philadelphia, PA 19106 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi