# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11301-ELF

RAUL AQUINO

2511 W. ALLEGHENY AVENUE

PHILADELPHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RAUL AQUINO

2511 W. ALLEGHENY AVENUE

PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

        /S/ William C. Miller

Date: 3/2/2020       _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee