# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Raul Aquino | : | |
| | : | Case No.: 19-11301-ELF |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the *Application for Compensation of Counsel Fees* filed at Docket Entry #49.

DATED: 8/6/2021                    BY:   */s/ Brad J. Sadek*
                                                Brad J. Sadek, Esq.
                                                Sadek and Cooper Law Offices
                                                1315 Walnut Street, Suite 502
                                                Philadelphia, PA 19107
                                                215-545-0008
                                                Attorney for Debtors