UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Raul Aquino<br>              Debtor<br><br>Raul Aquino<br>Movant<br>v.<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust<br>Kenneth E. West - Trustee<br>              Respondents | Case No.: 19-11301-elf<br><br>Chapter: 13<br><br>Judge: Eric L. Frank |

**ORDER APPROVING SETTLEMENT STIPULATION**

AND NOW, this <u>12th</u> day of <u>April</u>, 2022, it is hereby ORDERED that the February 14, 2022, Relief Order is hereby **VACATED**.

It is further **ORDERED** athat the Settlement Stipulation resolving Creditor, SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust's Certification of Default and Debtor's Motion to Vacate Relief Order (Doc. # 94) is hereby **APPROVED**.

_____
Eric L. Frank
Bankruptcy Judge