IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Raul Aquino,<br>            Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust,<br>            Movant<br>v.<br><br>Raul Aquino<br>Kenneth E. West – Trustee,<br>            Respondents | Case No. 19-11301-PMM<br><br>Chapter: 13<br><br>Judge:  Patricia M. Mayer |

## CERTIFICATION OF DEFAULT

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Magdeline D. Coleman on April 12, 2022.  A copy of the Stipulation is attached hereto as **Exhibit "A"**.  Movant certifies that the required Notice of Default required by the Order was sent to Debtor and Debtor's attorney on November 28, 2023 and Debtor has failed to cure the default.  A copy of the Notice of Default is attached hereto as **Exhibit "B"**.  In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: December 28, 2023

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com