IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:      Raul Aquino,<br>                           Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust,<br>                           Movant<br>v.<br><br>Raul Aquino<br>Kenneth E. West – Trustee,<br>                           Respondents | Case No. 19-11301-PMM<br><br>Chapter: 13<br><br>Judge:  Patricia M. Mayer |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust and for good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby modified pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 2511 West Allegheny Avenue, Philadelphia, PA 19132, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

*Patricia M. Mayer*

**Date: January 5, 2024**

Honorable Patricia M. Mayer
United States Bankruptcy Court