IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Raul Aquino | : | Chapter 13 |
| | : | Case No.: 19-11301-PMM |
|                 Debtor. | : | |

**Notice of Motion, Response Deadline and Hearing Date**

      Brad J. Sadek, Esq., attorney for the Debtor, filed a Motion to Reconsider the Order Modifying the Automatic Stay for the reasons detailed in the enclosed Motion.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

      1.     If you do NOT want the court to grant the relief sought in the motion, then on or before <u>January 29, 2024</u>, you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)     file an answer explaining your position at:
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
                      900 Market Street
                      Philadelphia, PA 19107

(b)     mail a copy to the movant's attorney:
                      Brad J. Sadek, Esq.
                      Sadek Law Offices
                      1500 JFK Boulevard, Suite 220
                      Philadelphia, PA 19102

      2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

      3.     A hearing on the motion is scheduled to be held before the Honorable Patricia M Mayer on **February 14, 2024, at 1:00 AM** by Video Hearing.

      4.     You may contact the Bankruptcy Clerks office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.