**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Raul Aquino | : | Chapter 13 |
| | : | Case No.: 19-11301-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Reconsider* and respectfully request that the Order attached to the Motion be entered.

Dated: January 30, 2024              /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek and Cooper Law Offices, LLC
                                    1500 JFK Boulevard, Suite #220
                                    Philadelphia, Pa 19102
                                    brad@sadeklaw.com
                                    215-545-0008