IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Raul Aquino | : | Chapter 13 |
| | : | Case No.: 19-11301-PMM |
|           Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK:**

Kindly withdraw the Certificate of No Response filed at Docket Entry #107.

DATED: 1/31/2024

*/s/ Brad J. Sadek*
Brad J. Sadek, Esq.
Attorney for Debtor(s)