UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Raul Aquino<br>                    Debtor<br><br>Raul Aquino<br>Movant<br>v.<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust<br>Kenneth E. West - Trustee<br>                    Respondents | Case No.: 19-11301-pmm<br><br>Chapter: 13<br><br>Judge: Patricia M. Mayer |

**ORDER APPROVING STIPULATION TO REINSTATE STAY**

AND NOW, this  8th  day of  March            , 2024, it is hereby ORDERED and DECREED that the Stipulation to Reinstate Stay as to SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust is hereby APPROVED.  The Relief Order entered on January 5, 2024, is hereby VACATED.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer, Bankruptcy Judge