Certificate Number: 03088-PAE-DE-038764833

Bankruptcy Case Number: 19-11301



03088-PAE-DE-038764833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2024, at 6:23 o'clock PM CDT, Raul Aquino completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 13, 2024            By:   /s/Doug Tonne

                                   Name: Doug Tonne

                                   Title: Counselor